IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| NAOMI K. TEVES-VALDEZ, Individually and as Personal Representative of the Estate of ERIKA J. TEVES-VALDEZ, Deceased, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> CROMAN CORPORATION (CROMAN CORP.), *et al.*, <br><br> Defendants. | Civil No. 24-00018 MWJS-WRP <br> Civil No. 24-00032 MWJS-WRP <br> (CONSOLIDATED) |
| NAOMI K. TEVES-VALDEZ, Individually and as Personal Representative of the Estate of ERIKA J. TEVES-VALDEZ, Deceased, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> SIKORSKY AIRCRAFT CORPORATION, <br><br> Defendant. | Civil No. 24-00076 MWJS-WRP <br> Civil No. 24-00080 MWJS-WRP <br> (CONSOLIDATED) <br><br> ORDER ADOPTING REMAINING PART OF FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF NAOMI TEVES-VALDEZ AND PLAINTIFF MELISSA HESIA'S MOTIONS FOR APPROVAL OF MINOR'S COMPROMISE |

**ORDER ADOPTING REMAINING PART OF FINDINGS AND
RECOMMENDATION TO GRANT PLAINTIFF NAOMI TEVES-VALDEZ AND
PLAINTIFF MELISSA HESIA'S MOTIONS
<u>FOR APPROVAL OF MINOR'S COMPROMISE</u>**

Findings and Recommendation having been filed and served on all parties on February 10, 2025, and no objections having been filed by any party;

An Order Adopting in Part and Deferring Decision in Part on Findings and Recommendation to Grant Plaintiff Naomi Teves-Valdez and Plaintiff Melissa Hesia's Motions for Approval of Minor's Compromise having been issued on February 25, 2025; and

Plaintiffs having submitted a letter addressing the Court's concerns regarding the outstanding part of the Magistrate Judge's Findings and Recommendation on February 26, 2025;

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the remaining part of the Magistrate Judge's Findings and Recommendation—that is, the part granting Plaintiff Naomi Teves-Valdez's Motions to Approve Minor Settlements—is ADOPTED as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 27, 2025, at Honolulu, Hawai'i.



/s/ Micah W.J. Smith
_____
Micah W.J. Smith
United States District Judge

Civil No. 24-00018 MWJS-WRP, *Teves-Valdez*, et al. v. *Croman Corp.*, et al.; Civil No. 24-00076 MWJS-WRP, *Teves-Valdez*, et al. v. *Sikorsky Aircraft Corp.*, et al., ORDER ADOPTING REMAINING PART OF FINDINGS AND RECOMMENDATION TO GRANT PLAINTIFF NAOMI TEVES-VALDEZ AND PLAINTIFF MELISSA HESIA'S MOTIONS FOR APPROVAL OF MINOR'S COMPROMISE